No. 574. HUMES *v.* MISSOURI SUPREME COURT ET AL. January 11, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Arthur S. Humes, pro se.*

No. 250. CARLOTA BENITEZ DE SEIX ET AL. *v.* ROS MARIA ANCIANI ET AL. January 11, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Carlota Benitez de Seix* and *J. Octavio Seix, pro se.*

No. 398. KELLY *v.* JOHNSTON, WARDEN. January 11, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Harry C. Kelly, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 563. CREBS *v.* AMRINE, WARDEN. January 11, 1943. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Cecil C. Crebs, pro se.*

No. 281. MASON, ADMINISTRATOR, *v.* FEDERAL LAND BANK OF BERKELEY. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. J. D. Skeen* and *E. J. Skeen* for petitioner.